CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
For Roanoke
JAN 14 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ODILON RODRIGUEZ ) | |
| Petitioner, ) | Civil Action No. 7:12-cv-00554 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNKNOWN, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this case is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 14th day of January, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge